UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE

LAWYER DISCIPLINARY BOARD,

      Petitioner,　　　　　　　　　　　　2:25-mc-00141

v.　　　　　　　　　　　　　　　　Misc. No.: _____

BENJAMIN R. FREEMAN, a member of
The West Virginia State Bar,

      Respondent.

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of Benjamin R. Freeman has been suspended for a period of eighteen months, by Mandate entered on December 15, 2025, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that Benjamin R. Freeman is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove Benjamin R. Freeman from the list of attorneys admitted to practice in the District Court. Pursuant to Local Rule of Civil Procedure 83.1(a), attorneys must apply to be re-admitted as a member of the bar of this Court.

The Clerk is directed to send a certified copy of this order to Benjamin R. Freeman at his last known address 604 Hawthorne Lane, Hurricane, West Virginia 25526, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER:   December 29, 2025



Frank W. Volk
Chief United States District Judge

STATE OF WEST VIRGINIA

On December 15, 2025, the Supreme Court of Appeals of West Virginia made and entered the following order:

SCA EFiled: Dec 15 2025
01:18PM EST
Transaction ID 77999262

Lawyer Disciplinary Board,
Petitioner

v.) No. 24-129 (Lawyer Disciplinary Proceedings Nos. 22-05-312, 22-01-355, 23-01-091, 23-06-199, 23-06-308, 23-06-431, and 24-06-034)

Benjamin R. Freeman,
A Member of the West Virginia State Bar,
Respondent

## MANDATE

Pursuant to Rule 26 of the Rules of Appellate Procedure, the signed opinion issued in the above-captioned case is now final and is certified to the Lawyer Disciplinary Board and to the parties. The decision of the Court is to impose the following sanctions: 1. The respondent's law license is suspended for eighteen months; 2. The respondent shall be ordered to comply with the mandates of Rule 3.28 of the Rules of Lawyer Disciplinary Procedure, and also be directed to promptly surrender all papers and property in his possession to which his clients are entitled; 3. The respondent be required to petition the Court for reinstatement and that he complete twelve hours of CLE devoted solely to Office Management/ Ethics prior to submitting said petition; and 4. The respondent is ordered to reimburse the Lawyer Disciplinary Board the costs of these proceedings in the amount of $2, 556.03 pursuant to Rule 3.15 of the Rules of Lawyer Disciplinary Proceedings. The Clerk is directed to remove this action from the docket of this Court.

A True Copy

Attest: /s/C. Casey Forbes
Clerk of Court

